# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4112
_____

KATERINA LEVERETTE,

Appellant,

v.

JAY J. MARTIN,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Elizabeth Senterfitt, Judge.

June 25, 2018

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael M. Giel of Giel Family Law, P.A., Jacksonville, for Appellant.

No appearance for Appellee.